# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

Robert P. Young, Jr.,
Chief Justice

143199

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CAROL SIORAKES,
          Plaintiff-Appellee,

v

SC: 143199
COA: 295034
Macomb CC: 2008-004121-NO

TARGET CORPORATION,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     YOUNG, C.J., and MARKMAN, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

_____
Clerk

t0928